No. 868. ANTHONY *v.* OREGON. March 3, 1947. Petition for writ of certiorari to the Supreme Court of Oregon

denied. *William P. Lord* and *Ben Anderson* for petitioner.